FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS ATTORNEY
MARGARET HUSSEY
9/29/2015 8:10:29 AM

PAM ESTES
Clerk

September 25, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

FILED FOR RECORD
FILED IN
12th COURT OF APPEALS
At 8:01 o'clock A.M.
TYLER, TEXAS
9/29/2015 8:10:29 AM
SEP 28 2015
PAM ESTES
Clerk
JANICE STAPLES
District Clerk, Anderson County, TX
by_____Dep.

**RE:**   Case Number:            12-14-00145-CR
          Trial Court Case Number:   31264

**Style:**   Douglas Eugene McNeill
             v.
             The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
      Katrina McClenny, Chief Deputy Clerk

C  Mr. William M. House Jr. (DELIVERED VIA E-MAIL)
C  Mr. Douglas E. Lowe (DELIVERED VIA E-MAIL)
:

Mandate executed on __28__ day of __September__, 2015.

Brief explanation of action taken: _Filed in the papers of the cause_

_Janice G. Staples_ _____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us